IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIM. ACTION NO. 6:11CR126 |
| ARTHUR JOHN ORMANIAN | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of a petition claiming an interest in property in this case has been presented for consideration. The Report and Recommendation recommends that the Motion to Dismiss Property From Forfeiture (document #55) be granted and that an Amended Final Order of Forfeiture be filed removing the real property described as 1255 College Street, Sulphur Springs, Hopkins County, Texas 75842, further described as: LOT: 7, BLK: 305, TOWN: SULPHUR SPRINGS, 130X160.80 from the Listed Property subject to forfeiture. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss Property From Forfeiture (document #55) is **GRANTED**. An Amended Final Order of Forfeiture shall be filed removing the real property

described as 1255 College Street, Sulphur Springs, Hopkins County, Texas 75842, further described as: LOT: 7, BLK: 305, TOWN: SULPHUR SPRINGS, 130X160.80 from the Listed Property subject to forfeiture. Accordingly, the Clerk shall terminate the Petition of Hopkins County, TX, et al. for Adjudication of Interest in Property (document #42), the Motion for Adjudication of Interest in Property (document #52), and the Petition Regarding Interest in Forfeited Real Property and Motion to Set Aside, or Alternatively, Amend the Final Order of Forfeiture (document #53) as moot.

**So ORDERED and SIGNED this 4th day of January, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**